William E. T. Smith and Others, Appellants, v. John J. Bartlett, Respondent.— Orders affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

In the Matter of the Petition of Henry Hunter for a Judicial Review of the Form of Ballot for Village Officers to Be Submitted at the Village Election to Be Held in the Village of Cornwall, N. Y., on March 18, 1913.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

Brooklyn, Queens County and Suburban Railroad Company, Appellant, v. Maria A. Bird, Respondent, Impleaded with The City of New York, Defendant.— Order affirmed, with costs, on the opinion of Mr. Justice Crane at Special Term (Reported in 78 Misc. Rep. 683). Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Alexander Anderson, Respondent, v. Annie Knobloch and Others, Impleaded with New York Inter-Urban Water Company, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

William F. Connell, Respondent, v. Louis V. Heydenreich and Others, Appellants.— Motion granted on condition that appellants pay twenty-five dollars costs, perfect their appeal, place the cause on the next calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Joseph C. Dicks, Respondent, v. Jennie E. Dicks, Defendant. Michael Sullivan, Appellant.— Motions denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

John Faigle, Respondent, v. Henry Bockroth and Another, Appellants. — Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Helen Margaret Ferguson, an Infant, etc., Respondent, v. The Town of Lewisboro, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Annie M. Greene, Appellant, v. Mary A. Greene and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Chauncey S. Horton and Others, Respondents, v. Thomas McNally Company, Respondent. Georgia-Florida Lumber Company, Appellant, v. Thomas McNally Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

In the Matter of the Application to Revoke Letters Testamentary of Gesine Engel, as Executrix, etc., of Claus Doscher, Deceased.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.